Terrylyn McCAIN, Appellant

v.

BANK OF AMERICA N.A.,
et al., Appellees.

No. 14–7016.

United States Court of Appeals,
District of Columbia Circuit.

May 18, 2015.

Terrylyn McCain, Stockton, CA, pro se.

Thomas R. Lynch, Bradley Arant Boult Cummings LLP, Joseph Paul Esposito, Hunton & Williams LLP, Haig V. Kalbian, Esquire, Denise Michelle Douglas, Kalbian Hagerty LLP, Washington, DC, William Scott Shepard, Miller Starr Regalia, Walnut Creek, CA, Stephen A. Horvath, Bancroft McGavin Horvath & Judkins, PC, Fairfax, VA, for Appellees.

BEFORE: GRIFFITH, KAVANAUGH, and WILKINS, Circuit Judges.

## JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed January 30, 2014, be affirmed. The district court correctly determined venue for appellant's claims does not lie in the District of Columbia. *See* 28 U.S.C. § 1391(b). The district court also did not abuse its discretion in dismissing appellant's complaint rather than transferring it to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. § 1406(a). *See Naartex Consulting Corp. v. Watt,* 722 F.2d 779, 789 (D.C.Cir.1983).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.